29

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 25 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REYNALDO CONDE-COVARRUBIAS * | |
| * | |
| v.  * | CIVIL ACTION No. B-91-176 |
| * | |
| JOE DOE, SUPERVISOR, UNITED * | |
| CUSTOMS SERVICE, ET AL.  * | |

## ORDER GRANTING SUMMARY JUDGMENT

Today this Court considered the Defendants' Alternative Motion for Summary Judgment in this case. The Defendants' motion has been on file with this Court since September 2, 1998. To date, no response from the Plaintiff to the Defendants' motion has been received. While this Court is sensitive to the fact that Plaintiff is incarcerated in a federal penitentiary and is proceeding *pro se* in this action, Plaintiff has had more than 80 days to respond to the Defendants' motion--which is considerably more time than the Local Rules of this Court provide. Therefore, this Court has no choice but to proceed and consider the motions and matters before it.

Having reviewed the pleadings filed by the Plaintiff herein, the arguments posed by the defendants, as well as the exhibits herein, this Court is of the opinion that Plaintiff has not established any material fact issue that would prevent this Court from granting the Defendants' Summary Judgment Motion herein.

Applying the standard for recovery in excessive force cases under the 4th, 14th and 8th Amendments that was in place in this Circuit in May 1990, Plaintiff has presented no evidence to suggest that he suffered a significant injury that directly and solely resulted from the defendants actions on the night of his arrest. See Johnson v.

<u>Morel</u>, 876 F.2d 477 (5th Cir. 1989) and <u>Huguet v. Barnett</u>, 900 F.2d 838 (5th Cir. 1990). If anything, the evidence and exhibits on file herein suggest that Plaintiff suffered no significant injury as a result of the Defendants actions on the night of his arrest. Accordingly, judgement should be rendered for defendants Kivlighn, DeAnda, and "Joe Doe" supervisor in their individual capacities.

Further, Plaintiff has failed to state viable claims for recovery against the United States Customs Service, Kivlighn, DeAnda or Joe Doe, in their official capacities.

THEREFORE, Defendants motion for summary judgement is GRANTED. Counsel for the Defendants is instructed to prepare and submit a Final Judgment in accordance with this order and in accordance with Rule 58 of the F.R.C.P. within 10 days of receipt of this order.

SIGNED _November 24_, 1998, in Brownsville, Texas.

HILDA TAGLE
United States District Judge
Southern District of Texas
Brownsville Division