30

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REYNALDO CONDE-COVARRUBIAS<br>Plaintiff, | *<br>*<br>* |
| v. | *    CIVIL ACTION No. B-91-176 |
| JOE DOE, SUPERVISOR, UNITED<br>STATES CUSTOMS SERVICE,<br>UNITED STATES CUSTOMS AGENTS<br>RANDY KIVLIGHN & LOU DeANDA,<br>IN THEIR INDIVIDUAL & OFFICIAL<br>CAPACITIES,<br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>* |

## FINAL JUDGMENT

On November 24, 1998, this Court granted the Defendants' Alternative Motion for Summary Judgement. Assistant U. S. Attorney, Nancy Masso, appeared for the Defendants in this action and the Plaintiff appeared *pro se*. Having considered all the pleadings and evidence on file, this Court found that each of the Defendants were entitled to judgement, as a matter of law, with regard to all the allegations raised by the Plaintiff. Therefore, in accordance with these findings, this Court renders the following judgement:

It is ORDERED, ADJUDGED and DECREED

that the Plaintiff, Reynaldo Conde-Covarrubias, take nothing, and that judgement be rendered in favor of each of the Defendants in this action; that is, "Joe Doe" Supervisor, the United States Customs Service, and United States Customs Agents Randy Kivlighn and Louis (Lou) DeAnda in both their individual and official capacities. Costs shall be assessed against the party who incurred same.

Signed this _2_ day of _December_, 1998, in Brownsville, Texas.

HILDA TAGLE
UNITED STATES DISTRICT JUDGE
Southern District of Texas