B91CV176

United States District Clerk
Southern District of Texas
Brownsville, Texas

United States District Court
Southern District of Texas
FILED

SEP 02 2008

Michael N. Milby, Clerk of Court

Reynaldo Conde-Covarrubias
REG: # 31445-079

To the Honorable District Clerk, I, Mr. Conde am writing in regards to my civil law suit held in the Honorable Court of the late Honorable District Judge, Judge Fidencio Garza Jr. It was entered on or about the early part of 1991 and it was terminated on or about the latest part of 1996. Please be advise that I won the law suit, and a large amount of money was awarded to me, but yet I have not gotten or received a penny. The law suit was Reynaldo Conde-Covarrubias V. United States Government. The law suit come about United States of America V. Reynaldo Conde-Covarrubias Case Number B-90-179-01 Defendant's Attorney was Jeff Wilde, and the United States Attorney was Henry K. Oncken. This case here is what started my civil law suit. My civil case was held by telephone while I was incarcerated in Monchester, Ky. Address F.C.I. Monchester, Kentucky 40962 Telephone # (606) 598-1900.

At the time that the Honorable Judge awarded the law suit in my favor the United States Attorney was present, it was Nancy Mazo, and the main agent involved was agent Rudy DeAnda.

Also be advise that I am unable to produce full detail of my civil law suit because on one of my transfer's most of my legal paper work was lost.

My District Judge on Case# B-90-179-01 was the late Honorable Judge Filimon Vela.

Can the Honorable District Clerk, tell me, and or help me get answers as to why I haven't received my money; And from 1996, to date 2008, this monies in question, what kind of interest have they made, and for whom.

I hope, and pray that the Federal Government won't take advantage of my ignorance.

Reynaldo Conde-Covarrubias
Reg:# 31445-079
United State Penitentiary
Federal Correctional Complex
Coleman II P.O. Box 1034
Coleman, Florida 33521

Sign this date, 08-27-08     Conde



USA FIRST CLASS

PM AUG 29 2008

Reynaldo Conde-Covarrubias
Reg.# 31445-079
United States Penitentiary
Federal Correctional Complex
Coleman II P.O. Box 1034
Coleman, Florida 33521

United States District Of
Southern District of
600 E. Harrison
Brownsville, Texas

Special M.o.

MAIL
United States District Court
Southern District of Texas
RECEIVED
SEP 0 2 2008
Michael N. Milby